UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOUIS TURNER,
        Plaintiff,

v.                          Case No: 6:18-cv-1550-Orl-18MRM

COMMISSIONER OF SOCIAL SECURITY,
        Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Louis Turner's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for a period of disability, disability insurance benefits, and supplemental security income. On January 31, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed. (*See* Doc. 26 at 14.) After review of the Report and Recommendation (Doc. 26), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 26) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

    2. The Commissioner's final decision in this case is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

    3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___3___ day of March, 2020.

                                      G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record